No. 112. Sucesión Colón, Peticionarios, *v.* Sepúlveda, Juez de Distrito, Demandado.—Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Ponce. Moción de los peticionarios desistiendo de su solicitud. Resuelto en enero 22, 1914. Se tiene a los peticionarios por desistidos y se anula el mandamiento de *certiorari* expedido. Abogado de los peticionarios: *Sr. F. Cervoni Gely.* El demandado no compareció.

---

No. 657. El Pueblo, Demandante y Apelante, *v.* Amaro, Demandado y Apelado.—Apelación procedente de la Corte de Distrito de Humacao en un caso sobre abuso de confianza. Moción del Fiscal desistiendo de la apelación. Resuelto en enero 23, 1914. Se tiene al apelante por desistido. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El acusado no compareció.

---

No. 648. El Pueblo, Demandante y Apelado, *v.* Marrero, Demandado y Apelante.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en un caso sobre alteración de la paz pública. Resuelto en febrero 5, 1914. Confirmada la sentencia. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado del apelante: *Sr. Ignacio Carballeira.*

---

No. 1095. García, Demandante y Apelante, *v.* García, Demandado y Apelado.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en un caso de divorcio. Moción de la parte apelada para que se desestime la apelación. Resuelto en febrero 11, 1914. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado del apelante: *Sr. Luis Llorens Torres.* Abogado del apelado: *Sr. T. D. Mott.*